EXHIBIT "A"









































