# *EXHIBIT "B"*

| | | | | |
|---|---|---|---|---|
| [6:16-cv-01534-GAP-KRS](#) | Cohan v. Sushi Katana, Inc. | filed 08/29/16 | closed 11/08/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01418-CEM-EJK](#) | Cohan v. Bass Pro Outdoor World, L.L.C. | filed 08/27/21 | closed 09/24/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01422-PGB-LRH](#) | Cohan v. Bob Evans Restaurants, LLC | filed 08/27/21 | closed 10/28/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01462-WWB-EJK](#) | Cohan v. Ocmulgee Fields, Inc. | filed 09/03/21 | closed 10/01/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01464-GAP-EJK](#) | Cohan v. Bengel's Burgers II, LLC | filed 09/03/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01501-WWB-EJK](#) | Cohan v. Ross Dress For Less Inc. | filed 09/10/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01530-WWB-EJK](#) | Cohan v. Sunrise Boat Marina, Inc. | filed 09/17/21 | closed 10/13/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01531-PGB-EJK](#) | Cohan v. Panda Express, Inc. | filed 09/17/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01532-WWB-DCI](#) | Cohan v. Fuegeaux Foods, LLC | filed 09/17/21 | closed 11/01/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01576-RBD-DCI](#) | Cohan v. Racetrac Petroleum, Inc. | filed 09/24/21 | | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | |
|---|---|---|---|
| [6:21-cv-01615-RBD-DCI](#) | Cohan v. Lowe's Home Centers, LLC | filed 09/30/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01681-PGB-EJK](#) | Cohan v. Portview Inn & Suites, L.L.C. | filed 10/08/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01719-RBD-EJK](#) | Cohan v. Panaderias, LLC | filed 10/15/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01772-CEM-LRH](#) | Cohan v. DW MLB D Owner LLC | filed 10/22/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01815-PGB-DCI](#) | Cohan v. East Coast Petro, Inc. | filed 10/29/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01816-GAP-DCI](#) | Cohan v. Avenues Hospitality, LLP | filed 10/29/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01817-PGB-EJK](#) | Cohan v. Olcc Hotels, LLC | filed 10/29/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01818-PGB-EJK](#) | Cohan v. SRI Ganesh, LLC | filed 10/29/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01851-RBD-GJK](#) | Cohan v. Starboard Group of Space Coast, LLC | filed 11/05/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-02597-SDM-E_J](#) | Cohen v. Sands Point Motel, LLC et al | filed 10/15/14   closed 03/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 8:15-cv-02182-VMC-TGW | Cohan v. Cheri-Lyn, Inc. | filed 09/17/15 | closed 01/28/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02380-SCB-AEP | Cohan v. Sand Key Associates Limited Partnership | filed 10/08/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02417-SCB-SPF | Cohan v. K & P Clearwater Estate, LLC | filed 10/15/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02420-SCB-AEP | Cohan v. Rocky Point Holdings, LLC | filed 10/15/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02485-CEH-TGW | Cohan v. Tampa Back Bay Real Estate, LLC | filed 10/22/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02486-SDM-SPF | Cohan v. MHG of Tampa - Westshore, Florida #3, LLC | filed 10/22/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02597-MSS-AAS | Cohan v. Cypress Street Hotel LLC | filed 11/05/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02598-MSS-AAS | Cohan v. Westshore Ren Hotel Project Owner, LLC | filed 11/05/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:21-cv-02599-SDM-CPT | Cohan v. Crab Shack Acquisition FL, LLC | filed 11/05/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00223-JES-D_F | Cohan v. Gulf Coast Commercial Corporation | filed 04/18/14 | closed 01/26/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00228-JES-CM | Cohan v. The Florida Pavilion Club Condominium Association, Inc. | filed 04/21/14 | closed 08/14/14 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| [2:14-cv-00229-SPC-CM](#) | Cohan v. Buhelos, Inc. | filed 04/21/14 | closed 08/20/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00235-SPC-D_F](#) | Cohan v. Conti et al | filed 04/25/14 | closed 08/29/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00330-SPC-CM](#) | Cohan v. Vocisano et al | filed 06/16/14 | closed 04/08/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00331-JES-D_F](#) | Cohan v. Vocisano et al | filed 06/16/14 | closed 04/09/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00337-SPC-D_F](#) | Cohan v. Marco Island Marina Association, Inc. | filed 06/19/14 | closed 11/28/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00343-SPC-D_F](#) | Cohan v. Marco Cat, LLP et al | filed 06/23/14 | closed 12/04/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00369-JES-D_F](#) | Cohan v. Marco Beach Hotel, Inc. | filed 07/03/14 | closed 03/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00372-SPC-D_F](#) | Cohan v. The Mariner Motel & Apartments | filed 07/03/14 | closed 12/04/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00373-JES-CM](#) | Cohan v. Diamond Resorts International Club, Inc. | filed 07/03/14 | closed 04/03/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:14-cv-00374-JES-CM](#) | Cohan v. Sea Shell Management, LLC | filed 07/03/14 | closed 03/13/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| 2:14-cv-00389-SPC-D_F | Cohan v. Paradise Partnership, LLC et al | filed 07/10/14 | closed 08/13/14 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| 2:14-cv-00439-SPC-D_F | Cohan v. Rist Properties, LLC | filed 08/07/14 | closed 01/29/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00449-JES-D_F | Cohan v. Sunstream, Inc. et al | filed 08/14/14 | closed 06/05/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00450-SPC-CM | Cohan v. Naples Hotel Company et al | filed 08/14/14 | closed 02/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00451-SPC-CM | Cohan v. MLB Group, LLC | filed 08/14/14 | closed 03/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00452-JES-D_F | Cohan v. Lemon Tree Inn, LLC et al | filed 08/14/14 | closed 05/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00453-JES-CM | Cohan v. Angler's Cove Condominium Association, Inc. | filed 08/14/14 | closed 09/15/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00454-JES-D_F | Cohan v. Sunstream, Inc. | filed 08/14/14 | closed 05/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00455-SPC-CM | Cohan v. Uomini & Kudai, LLC | filed 08/14/14 | closed 10/17/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00456-JES-D_F | Cohan v. Dugan's Light House Inn, LLC | filed 08/14/14 | closed 11/19/14 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | |
|---|---|---|---|
| 2:14-cv-00457-JES-D_F | Cohan v. IBP Hotel, LLC | filed 08/14/14   closed 05/06/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00458-SPC-D_F | Cohan v. Vocisano et al | filed 08/14/14   closed 01/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00459-JES-D_F | Cohan v. Buccaneer Management, Inc. | filed 08/14/14   closed 12/14/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00468-JES-D_F | Cohan v. HS Port Richey, LLC | filed 08/18/14   closed 03/20/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00474-SPC-CM | Cohan v. Naples Courtyard Inn, LLC | filed 08/20/14   closed 10/03/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00543-JES-MRM | Cohan v. Antaramian Properties, LLC | filed 09/15/14   closed 12/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:14-cv-00741-SPC-D_F | Cohan v. Water Side Enterprises, LLC | filed 12/29/14   closed 05/27/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:15-cv-00031-JES-D_F | Cohan v. Seasonal Investments, Inc. | filed 01/20/15   closed 06/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:15-cv-00043-JES-CM | Cohan v. Youngquist et al | filed 01/26/15   closed 04/07/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 2:15-cv-00061-SPC-D_F | Cohan v. Bonita Resort & Club Association, Inc. et al | filed 02/02/15   closed 06/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| [2:15-cv-00071-SPC-CM](#) | Cohan v. SYLFAJU LLC | filed 02/06/15 | closed 09/29/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [2:15-cv-00110-JES-CM](#) | Cohan v. Lely Golf Villas I Limited Partnership | filed 02/19/15 | closed 04/02/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00048-MMH-PDB](#) | Cohan v. Fernandina Beach Realty, Inc. | filed 01/21/15 | closed 03/26/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00049-MMH-PDB](#) | Cohan v. Fairbanks House, Inc. | filed 01/21/15 | closed 05/11/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00050-HLA-PDB](#) | Cohan v. DC Hotels One LLC | filed 01/21/15 | closed 03/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00051-BJD-PDB](#) | Cohan v. Inn of Jacksonville-Airport, Inc | filed 01/21/15 | closed 01/21/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00052-TJC-PDB](#) | Cohan v. Orbit Hospitality LLC | filed 01/21/15 | closed 03/06/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00053-TJC-PDB](#) | Cohan v. Michkeldel Inc | filed 01/21/15 | closed 03/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00054-BJD-JBT](#) | Cohan v. Blue Heron Inn LLC | filed 01/21/15 | closed 05/13/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00055-HLA-MCR](#) | Cohan v. Hoyt House Hospitality, LLC | filed 01/21/15 | closed 05/27/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 3:15-cv-00056-BJD-MCR | Cohan v. 2900 Atlantic LLC | filed 01/21/15 | closed 03/17/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00057-MMH-PDB | Cohan v. RRG of Amelia, Inc. | filed 01/21/15 | closed 03/06/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00058-TJC-JRK | Cohan v. Embarc. LLC | filed 01/21/15 | closed 05/15/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00059-BJD-MCR | Cohan v. BACM 20074 Kingswood Lodging, LLC | filed 01/21/15 | closed 03/20/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00060-MMH-PDB | Cohan v. Shaner Hotel Group Limited Partnership | filed 01/21/15 | closed 03/03/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00061-HES-JRK | Cohan v. Sun Coast Hospitality LLC | filed 01/21/15 | closed 06/12/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00062-TJC-JRK | Cohan v. Shaner Hotel Holdings Limited Partnership | filed 01/21/15 | closed 03/03/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00063-BJD-JBT | Cohan v. MHI Hospitality TRS LLC | filed 01/21/15 | closed 06/18/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00064-BJD-JBT | Cohan v. SRI Hospitality Inc. | filed 01/21/15 | closed 07/07/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00065-MMH-PDB | Cohan v. Chaffee Lodging LLC | filed 01/21/15 | closed 04/20/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| 3:15-cv-00066-TJC-JRK | Cohan v. Cecil Property Management LLC | filed 01/21/15 | closed 11/12/15 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| 3:15-cv-00067-BJD-MCR | Cohan v. Zodiac Inn Inc | filed 01/21/15 | closed 08/24/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00068-MMH-PDB | Cohan v. MVP Hotels LLC | filed 01/21/15 | closed 08/28/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00069-TJC-JRK | Cohan v. Oceanfront Lodging II Inc | filed 01/21/15 | closed 07/21/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00070-BJD-JBT | Cohan v. Jelms Hotel Company L.P. | filed 01/21/15 | closed 03/05/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00071-HES-PDB | Cohan v. Real Hospitality, Inc. | filed 01/21/15 | closed 07/02/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00279-BJD-MCR | Cohan v. Ponce Historical, Inc. | filed 03/10/15 | closed 11/20/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00280-TJC-PDB | Cohan v. J&M Enterprises of St. Augustine, Inc. | filed 03/10/15 | closed 08/31/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00281-BJD-PDB | Cohan v. Shaner Select Services Hotels IV, LLC | filed 03/10/15 | closed 05/11/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00282-MMH-PDB | Cohan v. Shaner Select Services Hotels V, LLC | filed 03/10/15 | closed 05/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| [3:15-cv-00283-TJC-JBT](#) | Cohan v. AUM Hospitality LLC | filed 03/10/15 | closed 09/08/15 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| [3:15-cv-00284-MMH-PDB](#) | Cohan v. Bay Lawn Motel, Inc | filed 03/10/15 | closed 03/31/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00285-BJD-JBT](#) | Cohan v. Vision Hotels, Inc. | filed 03/10/15 | closed 08/27/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00286-TJC-MCR](#) | Cohan v. Sawgrass Hotel Partners, LTD. | filed 03/10/15 | closed 06/09/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00287-HES-JRK](#) | Cohan v. 810 Beach, Inc. | filed 03/10/15 | closed 10/01/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00288-HES-JBT](#) | Cohan v. 810 Beach, Inc. | filed 03/10/15 | closed 09/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00289-BJD-JBT](#) | Cohan v. St. Augustine Resorts Inc. | filed 03/10/15 | closed 05/21/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00290-TJC-MCR](#) | Cohan v. St. Augustine Ocean Inn, Inc | filed 03/10/15 | closed 08/06/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00291-BJD-JBT](#) | Cohan v. Florida Family Hospitality LLC | filed 03/10/15 | closed 03/24/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00292-MMH-JBT](#) | Cohan v. Deeparti, Inc | filed 03/10/15 | closed 04/15/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| 3:15-cv-00293-HES-MCR | Cohan v. Quality Oil Company, LLC | filed 03/10/15 | closed 05/15/15 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| 3:15-cv-00294-MMH-MCR | Cohan v. Ashford Jacksonville LP | filed 03/10/15 | closed 06/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00295-HES-JBT | Cohan v. Zieg Hospitality of Jacksonville, Inc. | filed 03/10/15 | closed 05/28/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00296-MMH-JBT | Cohan v. Tapestry Park II Hotel, LLC | filed 03/10/15 | closed 04/07/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00297-TJC-JRK | Cohan v. Triveni Hospitality LLC | filed 03/10/15 | closed 05/18/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00496-MMH-MCR | Cohan v. The St. Francis Corporation | filed 04/21/15 | closed 08/28/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00498-MMH-MCR | Cohan v. Flagler Beach Vacation Rentals, LLC | filed 04/21/15 | closed 03/04/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00499-BJD-JBT | Cohan v. Blowing Rock, LLC | filed 04/21/15 | closed 01/13/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00501-TJC-JBT | Cohan v. Generation Suites of Deerwood, LLC | filed 04/21/15 | closed 07/07/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00502-MMH-JRK | Cohan v CP Jacksonville, LLC | filed 04/21/15 | closed 06/10/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| [3:15-cv-00503-TJC-JBT](#) | Cohan v. WS Ocean Sands Hospitality, LLC | filed 04/21/15 | closed 05/17/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00504-TJC-JRK](#) | Cohan v. EJR Enterprises, LLC | filed 04/21/15 | closed 06/11/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00505-HLA-PDB](#) | Cohan v. Sea-Wall Motor Lodge Inc. | filed 04/21/15 | closed 11/18/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00506-HES-JBT](#) | Cohan v. Dobosz LLC | filed 04/21/15 | closed 03/11/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00507-TJC-JRK](#) | Cohan v. Bayfront Inn, Inc | filed 04/21/15 | closed 08/21/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00508-HES-PDB](#) | Cohan v. San Marco Hotel, Inc | filed 04/21/15 | closed 10/23/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00509-HLA-MCR](#) | Cohan v. EJRFA LLC | filed 04/21/15 | closed 07/02/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00510-BJD-MCR](#) | Cohan v. AMC Delancey Southpoint Partners, L.P. | filed 04/21/15 | closed 07/22/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00511-HLA-JRK](#) | Cohan v. Hospitality St. Augustine LLC | filed 04/21/15 | closed 06/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [3:15-cv-00512-TJC-PDB](#) | Cohan v. Conch House Builders II, LLC | filed 04/21/15 | closed 09/08/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 3:15-cv-00513-BJD-PDB | Cohan v. Daytona Hotel Owners, LLC | filed 04/21/15 | closed 04/24/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 3:15-cv-00514-MMH-MCR | Cohan v. White Orchid Inn, Inc. | filed 04/21/15 | closed 06/01/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-00086-GAP-DAB | Cohan v. Sparkle Two, LLC | filed 01/21/15 | closed 07/08/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-00645-GAP-GJK | Cohan v. Island Club Associates, LTD. | filed 04/21/15 | closed 07/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-00646-GAP-DAB | Cohan v. Can-Am Investors LLC | filed 04/21/15 | closed 08/03/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-00655-PGB-T_S | Cohan v. Daytona Hotel Owners, LLC | filed 04/21/15 | closed 06/15/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-01187-GAP-T_S | Cohan v. Omkara Investments LLC | filed 07/23/15 | closed 08/18/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-01188-GAP-KRS | Cohan v. Petrenko et al | filed 07/23/15 | closed 10/14/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-01189-RBD-GJK | Cohan v. Dream Inn, Inc. | filed 07/23/15 | closed 08/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 6:15-cv-01190-JA-KRS | Cohan v. Beach Quarters Resort LLC | filed 07/23/15 | closed 03/09/16 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | |
|---|---|---|---|
| [6:15-cv-01191-RBD-KRS](#) | Cohan v. Lonaga Florida, LLC | filed 07/23/15   closed 01/15/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01192-CEM-DAB](#) | Cohan v. 295 South Atlantic, LLC | filed 07/23/15   closed 11/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01193-CEM-T_S](#) | Cohan v. Piermar Investments, Inc. | filed 07/23/15   closed 02/03/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01195-JA-T_S](#) | Cohan v. Beachfront Hojo, LLC | filed 07/23/15   closed 01/25/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01196-GAP-DAB](#) | Cohan v. Cove Motel, LLC | filed 07/23/15   closed 09/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01352-PGB-KRS](#) | Cohan v. Century Nationwide Properties, LLC | filed 08/17/15   closed 01/19/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01353-PGB-T_S](#) | Cohan v. Century Nationwide Properties, LLC | filed 08/17/15   closed 03/01/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01354-PGB-DAB](#) | Cohan v. Century Nationwide Properties, LLC | filed 08/17/15   closed 12/08/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01355-GAP-GJK](#) | Cohan v. Bhana Corporation | filed 08/17/15   closed 09/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01356-GAP-T_S](#) | Cohan v. Harman Enterprises, Inc. | filed 08/17/15   closed 09/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| [6:15-cv-01357-PGB-GJK](#) | Cohan v. Aumganesh LLC | filed 08/17/15 | closed 10/15/15 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| [6:15-cv-01358-CEM-DAB](#) | Cohan v. CTN Daytona Inc. | filed 08/17/15 | closed 12/09/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01359-PGB-GJK](#) | Cohan v. South Atlantic Hospitality Group, LLC | filed 08/17/15 | closed 12/09/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:15-cv-01360-RBD-DAB](#) | Cohan v. Daytona Ocean Investment Corp | filed 08/17/15 | closed 12/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01463-RBD-DCI](#) | Cohan v. Circle K Stores Inc. | filed 09/03/21 | closed 10/13/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01500-CEM-DCI](#) | Cohan v. Giant Oil, Inc. | filed 09/10/21 | closed 11/03/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01534-CEM-EJK](#) | Cohan v. Key New Smyrna, LLC | filed 09/17/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01614-RBD-EJK](#) | Cohan v. BBL Florida Hotel Group LLC | filed 09/30/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01621-CEM-DCI](#) | Cohan v. Apple Ten Florida Services, Inc. | filed 10/01/21 | | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01633-RBD-LRH](#) | Cohan v. Ocean Partner's Associates, LLLP | filed 10/04/21 | | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | |
|---|---|---|---|
| [6:21-cv-01664-CEM-DCI](#) | Cohan v. RH Coastal, LLC | filed 10/07/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01708-CEM-GJK](#) | Cohan v. 130 Sheriff Dr Hotel, LLC | filed 10/14/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01726-CEM-DCI](#) | Cohan v. Milestone Hospitality, LLC | filed 10/18/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01762-CEM-DCI](#) | Cohan v. Poseidon Hotel Ventures, LLC | filed 10/21/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01842-RBD-GJK](#) | Cohan v. 801 Strawbridge Hotel, LLC | filed 11/04/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [6:21-cv-01876-WWB-LRH](#) | Cohan v. Titusville Lodging Associates, LLP | filed 11/10/21 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01639-JSM-AEP](#) | Cohan v. Belleair Beach Club, LLC | filed 07/03/14   closed 11/26/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01640-VMC-TBM](#) | Cohan v. Howard Johnson International, Inc. | filed 07/03/14   closed 11/03/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01641-EAK-AEP](#) | Cohan v. Red Roof Inns, Inc. | filed 07/03/14   closed 10/23/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01642-JSM-AEP](#) | Cohan v. Choice Hotels International, Inc. et al | filed 07/03/14   closed 06/24/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| [8:14-cv-01643-SCB-E_J](#) | Cohan v. Choice Hotels International, Inc. et al | filed 07/03/14 | closed 09/24/14 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| [8:14-cv-01644-MSS-E_J](#) | Cohan v. Holiday Hotel & Resort, LLC | filed 07/03/14 | closed 01/12/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01645-JSM-TGW](#) | Cohan v. Belleair Village, LTD. | filed 07/03/14 | closed 09/26/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01703-CEH-MAP](#) | Cohan v. ELJ Ventures, LLC | filed 07/14/14 | closed 10/08/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01750-JDW-TGW](#) | Cohan v. East Shore International Enterprises, LLC | filed 07/18/14 | closed 04/15/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01763-EAK-E_J](#) | Cohan v. Dimillo et al | filed 07/21/14 | closed 10/01/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01781-VMC-TBM](#) | Cohan v. M&D&C Partnership, LLP | filed 07/23/14 | closed 10/28/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01786-CEH-MAP](#) | Cohan v. Keval Corporation of Tampa Bay | filed 07/24/14 | closed 10/08/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01813-CEH-TGW](#) | Cohan v. AAAPKR, LLC | filed 07/28/14 | closed 12/17/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01961-VMC-MAP](#) | Cohan v. Giadla et al | filed 08/14/14 | closed 09/26/14 | 446(Civil Rights: Americans with Disabilities - Other) |

| [8:14-cv-01965-JSM-TGW](#) | Cohan v. Ramada Worldwide, Inc. et al | filed 08/14/14 | closed 11/17/14 | 446(Civil Rights: Americans with Disabilities - Other) |
|---|---|---|---|---|
| [8:14-cv-01966-VMC-TGW](#) | Cohan v. Nobel Hospitality of Tampa, LLC | filed 08/14/14 | closed 10/23/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01967-CEH-MAP](#) | Cohan v. Shiv Hospitality, LLC et al | filed 08/14/14 | closed 10/23/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01968-MSS-TGW](#) | Cohan v. Choice Hotels International Services Corp. et al | filed 08/14/14 | closed 01/22/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01969-MSS-AEP](#) | Cohan v. Belleair Beach Resort Motel, Ltd. et al | filed 08/14/14 | closed 12/17/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01991-MSS-TGW](#) | Cohan v. Lenart | filed 08/18/14 | closed 02/20/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01992-VMC-E_J](#) | Cohan v. Impact Properties II, LLC | filed 08/18/14 | closed 10/31/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01993-JSM-E_J](#) | Cohan v. Dhaval, LLC | filed 08/18/14 | closed 10/08/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01994-EAK-E_J](#) | Cohan v. Decade Gulfcoast Hotel Partners Limited Partnership | filed 08/18/14 | closed 10/10/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:14-cv-01995-MSS-MAP](#) | Cohan v. Tri Murti Hospitality, Inc. | filed 08/18/14 | closed 10/09/14 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 8:14-cv-01996-MSS-E_J | Cohan v. Sette McCarthy Hotel, LLC | filed 08/18/14 | closed 02/27/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-01997-JDW-MAP | Cohan v. Fidelity Group of Clearwater, LLC | filed 08/18/14 | closed 10/02/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-01998-VMC-MAP | Cohan v. Five Palms Condominium Association, Inc. | filed 08/18/14 | closed 12/04/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-01999-VMC-TBM | Cohan v. DCIP, LLC | filed 08/18/14 | closed 10/09/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02000-JSM-AEP | Cohan v. Tropicana Resort Motels, LLC | filed 08/18/14 | closed 10/29/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02001-JSM-TBM | Cohan v. Sea Captain et al | filed 08/18/14 | closed 10/29/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02002-EAK-AEP | Cohan v. Tropicana Resort Motels, LLC | filed 08/18/14 | closed 10/30/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02003-CEH-E_J | Cohan v. Tropical Breeze Hotel LLC | filed 08/18/14 | closed 02/12/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02004-CEH-TGW | Cohan v. R-Motels, Inc. | filed 08/18/14 | closed 04/14/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02006-SDM-TGW | Cohan v. Dhaval, LLC | filed 08/18/14 | closed 10/21/14 | 446(Civil Rights: Americans with Disabilities - Other) |

| 8:14-cv-02007-EAK-TGW | Cohan v. Bass Venture Corporation | filed 08/18/14 | closed 03/20/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02023-JDW-TBM | Cohan v. Danste Hospitality Group, LLC | filed 08/20/14 | closed 12/02/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02036-MSS-MAP | Cohan v. Scenic Clearwater Management, L.L.C. | filed 08/22/14 | closed 10/09/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02037-JDW-AEP | Cohan v. Sun & Fun Resort, LLC | filed 08/20/14 | closed 01/29/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02038-EAK-AEP | Cohan v. Grant Alliance, LLLP | filed 08/20/14 | closed 10/24/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02039-EAK-AEP | Cohan v. St. Petersburg/Clearwater Airport Associates, LLC | filed 08/22/14 | closed 10/27/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02040-SDM-E_J | Cohan v. Shephard's Beach Resort, Inc. | filed 08/20/14 | closed 11/04/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02041-EAK-TGW | Cohan v. VLG Hospitality, LLC | filed 08/20/14 | closed 03/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02042-EAK-MAP | Cohan v. Salamander Innisbrook, LLC | filed 08/20/14 | closed 11/25/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02043-SDM-MAP | Cohan v. HDBVM Hospitality, Inc. | filed 08/20/14 | closed 03/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 8:14-cv-02044-JSM-TGW | Cohan v. House By The Sea Investment, Inc. | filed 08/20/14 | closed 10/20/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02160-JSM-TBM | Cohan v. Szlechta et al | filed 09/02/14 | closed 10/01/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02291-MSS-TBM | Cohan v. Cedarwood Hotel Management, Inc. et al | filed 09/12/14 | closed 10/22/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02292-JSM-TBM | Cohan v. Horwood Hotel Works, L.P. | filed 09/12/14 | closed 11/12/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02293-MSS-E_J | Cohan v. Mainsail Sunforest, L.P. | filed 09/12/14 | closed 03/12/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02308-SDM-MAP | Cohan v. Czaicki et al | filed 09/15/14 | closed 03/17/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02526-JSM-JSS | Cohan v. Sandpearl Resort, LLC | filed 10/07/14 | closed 11/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02563-MSS-MAP | Cohan v. STA N PLA, LLC | filed 10/09/14 | closed 04/09/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02600-CEH-E_J | Cohan v. Highlander Rock, Inc | filed 10/14/14 | closed 05/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02805-VMC-E_J | Cohan v. Amber Tides, LLC | filed 11/10/14 | closed 03/13/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | |
|---|---|---|---|
| 8:14-cv-02807-MSS-TGW | Cohan v. Coates I, Inc. | filed 11/10/14   closed 12/30/14 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02870-MSS-TBM | Cohan v. Didomizio Investments Inc | filed 11/17/14   closed 02/27/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02915-MSS-E_J | Cohan v. Golden Villa Resort, LLC | filed 11/21/14   closed 03/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02987-CEH-MAP | Cohan v. North Sunrise Motel II LLC | filed 11/28/14   closed 04/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-02988-SDM-TGW | Cohan v. Mainstream Partners VIII, LTD | filed 11/28/14   closed 03/20/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-03054-VMC-E_J | Cohan v. Tas et al | filed 12/08/14   closed 03/06/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-03068-JSM-MAP | Cohan v. Mainstream Partners VIII Ltd | filed 12/10/14   closed 03/18/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-03069-SDM-TBM | Cohan v. Lieselotte Jillich | filed 12/10/14   closed 04/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-03119-JSM-E_J | Cohan v. Mazur et al | filed 12/15/14   closed 03/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:14-cv-03130-SDM-MAP | Cohan v. Elena Labricciosa et al | filed 12/16/14   closed 03/26/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 8:15-cv-00603-JDW-TGW | Cohan v. HS Port Richey, LLC | filed 08/18/14 | closed 07/22/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-00962-JSM-MAP | Cohan v. Treasure Res LLC | filed 04/21/15 | closed 05/26/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-00963-SDM-TBM | Cohen v. Ocean Properties, Ltd. | filed 04/21/15 | closed 05/28/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-01907-MSS-MAP | Cohan v. Gulfcoast Marina Limited Partnership | filed 08/17/15 | closed 10/16/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02106-CEH-E_J | Cohan v. Sails Resort Motel Corporation | filed 09/11/15 | closed 10/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02107-CEH-JSS | Cohan v. Tropicana Terrace, Inc. | filed 09/11/15 | closed 11/12/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02108-JDW-AEP | Cohan v. Island House Resort Hotel, Inc. | filed 09/11/15 | closed 08/02/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02109-MSS-TBM | Cohan v. JC Resort Mangement LLC et al | filed 09/11/15 | closed 03/16/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02110-EAK-MAP | Cohan v. Dowling Hotels, Inc. | filed 09/11/15 | closed 03/01/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02111-JSM-AEP | Cohan v. Hickerson et al | filed 09/11/15 | closed 12/21/15 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| 8:15-cv-02112-SDM-AEP | Cohan v. JC Resort Management LLC | filed 09/11/15 | closed 02/08/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02113-MSS-E_J | Cohan v. RK Hospitality, LLC | filed 09/11/15 | closed 01/21/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02114-VMC-TGW | Cohan v. Gulf Golf Development LLC | filed 09/11/15 | closed 11/19/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02168-JDW-MAP | Cohan v. John's Pass Beach Motel Inc. | filed 09/17/15 | closed 02/10/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02169-SDM-MAP | Cohan v. Shoreline Island Resort, LLC. | filed 09/17/15 | closed 03/10/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02170-JDW-AEP | Cohan v. Selenski Rental LLC | filed 09/17/15 | closed 02/24/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02171-SDM-TGW | Cohan v. Sea Chest of Treasure Island Incorporated | filed 09/17/15 | closed 02/12/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02172-EAK-TGW | Cohan v. 3508 Jesse, Inc. | filed 09/17/15 | closed 02/23/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02173-JSM-MAP | Cohan v. Ebb Tide Motel.com Inc. | filed 09/17/15 | closed 03/31/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| 8:15-cv-02174-JDW-TBM | Cohan v. Arvilla Motel, Inc. | filed 09/17/15 | closed 05/20/16 | 446(Civil Rights: Americans with Disabilities - Other) |

| | | | | |
|---|---|---|---|---|
| [8:15-cv-02175-EAK-E_J](#) | Cohan v. Swashbuckler Holdings LLC | filed 09/17/15 | closed 12/04/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:15-cv-02176-JDW-MAP](#) | Cohan v. Edgewaters on North Redington Beach, Inc. | filed 09/17/15 | closed 09/30/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:15-cv-02177-JDW-E_J](#) | Cohan v. Satellite Motel, Inc. | filed 09/17/15 | closed 02/10/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:15-cv-02178-MSS-JSS](#) | Cohan v. Kampgrounds of America Inc | filed 09/17/15 | closed 02/26/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:15-cv-02179-CEH-TBM](#) | Cohan v. Tahitian Treasure Island, L.L.C. | filed 09/17/15 | closed 10/29/15 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:15-cv-02180-EAK-TGW](#) | Cohan v. Selenski Rentals LLC | filed 09/17/15 | closed 02/25/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:15-cv-02181-SDM-AEP](#) | Cohan v. Gulf Golf Development LLC | filed 09/17/15 | closed 02/05/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:15-cv-02183-CEH-JSS](#) | Cohan v. Twins Inn & Apartments LLC | filed 09/17/15 | closed 05/11/16 | 446(Civil Rights: Americans with Disabilities - Other) |
| [8:21-cv-02263-MSS-AAS](#) | Cohan v. Hyatt Corporation | filed 09/24/21 | | 446(Civil Rights: Americans with Disabilities - Other) |