UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-01726

HOWARD COHAN,

    Plaintiff,

vs.

MILESTONE HOSPITALITY, LLC,
d/b/a HAMPTON INN TITUSVILLE,

    Defendant.
_____/

## PLAINTIFF, HOWARD COHAN'S, NOTICE OF PENDENCY OF OTHER ACTIONS

Plaintiff, HOWARD COHAN, by and through undersigned counsel and pursuant to this Court's Initial Order [D.E. 5], hereby files his Notice of Pendency of Other Actions, and states as follows:

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that this case:

___ IS     related to pending or closed civil or criminal case(s) filed in the Court, or in any other Federal or State court, or administrative agency as provided below:

_____
_____
_____

_X_ IS NOT   related to any pending or closed civil or criminal case(s) filed in the Court, or in any other Federal or State court, or administrative agency as provided below:

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen (14) days after appearance of the party.

Dated: November 10, 2021

                                                  BY: /s/ *Jason S. Weiss*
                                                            Jason S. Weiss
                                                            Jason@jswlawyer.com
                                                            Florida Bar No. 356890
                                                           **WEISS LAW GROUP, P.A.**
                                                           5531 N. University Drive, Suite 103
                                                           Coral Springs, FL 33067
                                                           Tel: (954) 573-2800
                                                           Fax: (954) 573-2798
                                                           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of November, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record, and sent a copy to Defendant, Milestone Hospitality, LLC, d/b/a Hampton Inn Titusville, c/o Suman R. Patel, 142 Oakwood Lane, Palm Beach Gardens, Florida 33410, via USPS mail.

                                                  BY: /s/ *Jason S. Weiss*
                                                            Jason S. Weiss