UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:21-cv-1726-CEM-DCI

HOWARD COHAN,

    Plaintiff,

vs.

MILESTONE HOSPITALITY, LLC,
d/b/a HAMPTON INN TITUSVILLE,

    Defendant.
_____/

## **NOTICE OF PENDING SETTLEMENT**

Plaintiff, Howard Cohan ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 3.08, hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully request twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: November 24, 2021

| |  |
|---|---|
| BY: *s/ Jason S. Weiss*<br>Jason S. Weiss<br>Jason@jswlawyer.com<br>Florida Bar No. 356890<br>**WEISS LAW GROUP, P.A.**<br>5531 N. University Drive<br>Suite 103<br>Coral Springs, FL 33067<br>Tel: (954) 573-2800<br>Fax: (954) 573-2798<br>**ATTORNEYS FOR PLAINTIFF** | |